Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Alex J. Shepard, NV Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
Email: ecf@randazza.com

Attorneys for Defendant
Barbara Ellestad

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH MAQUADE CHESLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MESQUITE, a government entity, AARON BAKER, an individual, BARBARA ELLESTAD, an individual, DOE INDIVIDUALS 1 through 30; and ROE BUSINESS OR GOVERNMENTAL ENTITIES 1 through 300, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01946-GMN-DJA<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S SPECIAL MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff Joseph Maquade Chesley and Defendant Barbara Ellestad, by and through their respective attorneys of record, hereby stipulate, subject to this Court's approval, to extend the date by which Plaintiff may file his response to Defendant's Special Motion to Dismiss (ECF No. 16) from December 31, 2021, to January 21, 2022. Defendant's Special Motion to Dismiss was filed on December 17, 2021, and Plaintiff's current deadline to file his response to Defendant's Motion is due on December 31, 2021. This is the first request for an extension of time to file a response to Defendant's Special Motion to Dismiss.

|   |   |
|---|---|
| 1 | This stipulation is brought because, in the absence of an extension, the Plaintiff would need |
| 2 | to respond on December 31, 2021.  There is good cause for extending the deadline, namely that |
| 3 | Plaintiff's counsel's time is currently limited due to the holidays, and Plaintiff's lead counsel in |
| 4 | this case is currently sick.  No party will be prejudiced by granting the requested extension. |
| 5 | Additionally, given the holidays and the impact they would have on Plaintiff's ability to respond, |
| 6 | the Parties stipulate to extending the response date by 21 additional days. |

Dated: December 21, 2021.

/s/ Alex J. Shepard
Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Alex J. Shepard, NV Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Attorneys for Defendant
Barbara Ellestad

/s/ Philip J. Trenchak
Philip J. Trenchak, NV Bar No. 009924
Victoria C. Mullins, NV Bar No. 13546
MULLINS & TRENCHAK, ATTORNEYS AT LAW
1614 S. Maryland Parkway
Las Vegas, Nevada 89104

Attorneys for Plaintiff,
Joseph Maquade Chesley

**IT IS SO ORDERED.**

Dated this  22  day of December, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Case No. 2:21-cv-01946-GMN-DJA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 21, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Alex J. Shepard
Alex J. Shepard