**PHILIP J. TRENCHAK, ESQ.**
Nevada State Bar No. 009924
**VICTORIA C. MULLINS, ESQ.**
Nevada State Bar No. 13546
**Mullins & Trenchak, Attorneys at Law**
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH MAQUADE CHESLEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MESQUITE, a government entity, AARON BAKER, an individual, BARBARA ELLESTAD, an individual, DOE INDIVIDUALS 1 through 300; and ROE BUSINESS OR GOVERNMENTAL ENTITIES 1 through 300, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-01946-GMN-DJA<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO DISMISS DEFENDANT BARBARA ELLESTAD WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(2)[Dkt. 20]**<br><br>**(First Request)** |

Plaintiff, MAQUADE CHESLEY and Defendant Barbara Ellestad, by and through their respective attorneys of record, hereby stipulate, subject to this Court's approval, to extend the date by which Plaintiff may file his Reply to Defendant's Response to Plaintiff's Motion to Dismiss Defendant Barbara Ellestad Without Prejudice Pursuant to FRCP 41(a)(2) (Dkt. No. 20) from January 5, 2022 to January 7, 2022. This is the first request for an extension of time to file a Reply to Defendant Response to Plaintiff's Motion to Dismiss Defendant Barbara Ellestad without prejudice pursuant to FRCP 41(a)(2).

1

This stipulation is being made in good faith, without the intention to delay or harass.

Dated: January 5, 2022.

/s/ Alex J. Shepard
Alex J. Shepard, NV Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Attorneys for Defendant
Barbara Ellestad

/s/ Philip J. Trenchak
Philip J. Trenchak, NV Bar No. 009924
MULLINS & TRENCHAK, ATTYS AT LAW
1614 S. Maryland Pkwy.
Attorneys for Plaintiff,
MaQuade Chesley

**IT IS SO ORDERED.**

Dated this __6__ day of January, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of January, 2022, a true and correct copy of the foregoing Stipulation To Extend time to file a Reply brief to Defendant's Response to Plaintiff's Motion to Dismiss Defendant Barbara Ellestad without prejudice pursuant to FRCP 41(a)(2) was electronically served through the Court's electronic filing system addressed to the following:

Marc Randazza, Esq.
Nevada Bar No. 12265
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
(702) 420-2001
Attorney for Barbara Ellestad

_Cristina Chavy_
An employee of Mullins & Trenchak