**PHILIP J. TRENCHAK, ESQ.**
Nevada State Bar No. 009924
**VICTORIA C. MULLINS, ESQ.**
Nevada State Bar No. 13546
**Mullins & Trenchak, Attorneys at Law**
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH MAQUADE CHESLEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MESQUITE, a government entity,<br>AARON BAKER, an individual,<br>BARBARA ELLESTAD, an individual,<br>DOE INDIVIDUALS 1 through 300; and ROE<br>BUSINESS OR GOVERNMENTAL ENTITIES 1<br>through 300, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-01946-GMN-DJA<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S SPECIAL MOTION TO DISMISS [Dkt. 16]**<br><br>**(Second Request)** |

Plaintiff, MAQUADE CHESLEY and Defendant Barbara Ellestad, by and through their respective attorneys of record, hereby stipulate, subject to this Court's approval, to extend the date by which Plaintiff may file his Response to Defendant Barbara Ellestad's Special Motion to Dismiss Pursuant to NRS 41.660 (Dkt. No. 16) from January 21, 2022 to February 4, 2022. This is the second request for an extension of time for Plaintiff to file his response.

1

Good cause exists to grant the requested extension, as Plaintiff's Counsel tested positive for Covid on January 17, 2022. This stipulation is being made in good faith, without the intention to delay or harass.

Dated: January 20, 2022.

| | |
|---|---|
| /s/ Alex J. Shepard | /s/ Philip J. Trenchak |
| Alex J. Shepard, NV Bar No. 13582 | Philip J. Trenchak, NV Bar No. 009924 |
| RANDAZZA LEGAL GROUP, PLLC | MULLINS & TRENCHAK, ATTYS AT LAW |
| 2764 Lake Sahara Drive, Suite 109 | 1614 S. Maryland Pkwy. |
| Las Vegas, NV 89117 | Attorney for Plaintiff, |
| Attorneys for Defendant | MaQuade Chesley |
| Barbara Ellestad | |

**IT IS SO ORDERED.**

Dated this 21 day of January, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January, 2022, a true and correct copy of the foregoing Stipulation To Extend time to file a Response brief to Defendant's Special Motion to Dismiss Defendant Barbara Ellestad Pursuant to NRS 41.660 (Dkt. No. 16) to was electronically served through the Court's electronic filing system addressed to the following:

Marc Randazza, Esq.
Nevada Bar No. 12265
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
(702) 420-2001
Attorney for Barbara Ellestad

/s/ Leslie Gutierrez
An employee of Mullins & Trenchak