**PHILIP J. TRENCHAK, ESQ.**
Nevada State Bar No. 009924
**VICTORIA C. MULLINS, ESQ.**
Nevada State Bar No. 13546
**Mullins & Trenchak, Attorneys at Law**
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH MAQUADE CHESLEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MESQUITE, a government entity,<br>AARON BAKER, an individual,<br>BARBARA ELLESTAD, an individual,<br>DOE INDIVIDUALS 1 through 300; and ROE BUSINESS OR GOVERNMENTAL ENTITIES 1 through 300, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-01946-GMN-DJA<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S SPECIAL MOTION TO DISMISS [Dkt. 25]**<br><br>**(First Request)** |

Plaintiff, MAQUADE CHESLEY and Defendant City of Mesquite and Defendant Aaron Baker, by and through their respective attorneys of record, hereby stipulate, subject to this Court's approval, to extend the date by which Plaintiff may file his Response to Defendants Special Motion to Dismiss Pursuant to NRS 41.660 (Dkt. No. 25) from February 1, 2022 to February 15, 2022. This is the first request for an extension of time for Plaintiff to file his response.

Good cause exists to grant the requested extension, as Plaintiff's Counsel tested positive for Covid on January 17, 2022 and has only recently been able to resume work. This stipulation is being made in good faith, without the intention to delay or harass.

| | |
|---|---|
| Dated: February 1, 2022. | Dated February 1, 2022. |
| /s/ Alex J. Shepard | /s/ Philip J. Trenchak |
| Alex J. Shepard, NV Bar No. 13582 | Philip J. Trenchak, NV Bar No. 009924 |
| RANDAZZA LEGAL GROUP, PLLC | MULLINS & TRENCHAK, ATTYS AT LAW |
| 2764 Lake Sahara Drive, Suite 109 | 1614 S. Maryland Pkwy. |
| Las Vegas, NV 89117 | Attorney for Plaintiff, |
| Attorneys for Defendant | MaQuade Chesley |
| Barbara Ellestad | |

Dated: February 1, 2022.

/s/ Marcus Lee
Marcus Lee, NV Bar No 15769
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
Attorneys for Defendants City of Mesquite &
Aaron Baker

**IT IS SO ORDERED.**

Dated this   3   day of February, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of February, 2022, a true and correct copy of the foregoing Stipulation to extend time for Plaintiff to file a response to Defendant's Special Motion to Dismiss was electronically served through the Court's electronic filing system addressed to the following:

Alex J. Shepard
Nevada Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Dr., Suite 109
Las Vegas, Nevada 89117
(702) 420-2001
Attorney for Defendant Barbara Ellestad

Marcus Lee
Nevada Bar No. 15769
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Attorneys for Defendants City of Mesquite & Aaron Baker

                                                /s/ Cristina Chavez
                                                An employee of Mullins & Trenchak