**PHILIP J. TRENCHAK, ESQ.**
Nevada State Bar No. 009924
**VICTORIA C. MULLINS, ESQ.**
Nevada State Bar No. 13546
**Mullins & Trenchak, Attorneys at Law**
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH MAQUADE CHESLEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MESQUITE, a government entity,<br>AARON BAKER, an individual,<br>BARBARA ELLESTAD, an individual,<br>DOE INDIVIDUALS 1 through 300; and ROE<br>BUSINESS OR GOVERNMENTAL ENTITIES<br>1 through 300, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-01946-GMN-DJA<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S (BARBARA ELLESTAD) SPECIAL MOTION TO DISMISS [Dkt. 16]**<br><br>**(Third Request)** |

Plaintiff, MAQUADE CHESLEY and Defendant Barbara Ellestad, by and through their respective attorneys of record, hereby stipulate, subject to this Court's approval, to extend the date by which Plaintiff may file his Response to Defendants Special Motion to Dismiss Pursuant to NRS 41.660 (Dkt. No. 16) from February 4, 2022 to February 7, 2022. This is the first request for an extension of time for Plaintiff to file his response.

1

Good cause exists to grant the requested extension, as Plaintiff's Counsel tested positive for Covid on January 17, 2022 and has only recently been able to resume work. This stipulation is being made in good faith, without the intention to delay or harass.

Dated: February 3, 2022.                          Dated February 3, 2022.


 /s/ Alex J. Shepard_____              _/s/ Philip J. Trenchak_____
 Alex J. Shepard, NV Bar No. 13582          Philip J. Trenchak, NV Bar No. 009924
 RANDAZZA LEGAL GROUP, PLLC                  MULLINS & TRENCHAK, ATTYS AT LAW
2764 Lake Sahara Drive, Suite 109            1614 S. Maryland Pkwy.
Las Vegas, NV 89117                          Attorney for Plaintiff,
Attorneys for Defendant                      MaQuade Chesley
Barbara Ellestad


Dated: February 3, 2022.


_____
Marcus Lee, NV Bar No 15769
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
Attorneys for Defendants City of Mesquite &
Aaron Baker


**IT IS SO ORDERED.**

Dated this __4___ day of February, 2022.



_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2