**PHILIP J. TRENCHAK, ESQ.**
Nevada State Bar No. 009924
**VICTORIA C. MULLINS, ESQ.**
Nevada State Bar No. 13546
**Mullins & Trenchak, Attorneys at Law**
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH MAQUADE CHESLEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MESQUITE, a government entity,<br>AARON BAKER, an individual,<br>BARBARA ELLESTAD, an individual,<br>DOE INDIVIDUALS 1 through 300; and ROE<br>BUSINESS OR GOVERNMENTAL<br>ENTITIES 1 through 300, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-01946-GMN-DJA<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO REPLY TO DEFENDANT'S 12(B)(6) MOTION TO DISMISS DEFENDANT CITY OF MESQUITE AND AARON BAKER (ECF 28)**<br><br>**(First Request)** |

Plaintiff, MAQUADE CHESLEY and Defendant City of Mesquite and Defendant Aaron Baker, by and through their respective attorneys of record, hereby stipulate, subject to this Court's approval, to extend the date by which Plaintiff may file his Response to Defendant's Motion to Dismiss Defendant City of Mesquite and Aaron Baker Pursuant to FRCP 12(b)(6) (Dkt. No. 28) from February 10, 2022 to February 18, 2022. This is the first request for an extension of time to file a Reply to

1

Defendant's Motion to Dismiss Defendant City of Mesquite and Aaron Baker Pursuant to FRCP 12(b)(6) (Dkt. No. 28).

Plaintiff's Counsel is experiencing lasting effects from a Covid diagnosis of January 17, 2022 and January 24, 2022. This stipulation is being made in good faith, without the intention to delay or harass.

Dated: February 10, 2022.                                              Dated: February 10, 2022.

/s/ Marcus Lee_____                        /s/ Philip J. Trenchak_____
Marcus Lee, NV Bar No. 15769                              Philip J. Trenchak, NV Bar No. 009924
LEWIS BRISBOIS BISGAARD & SMITH LLP      MULLINS & TRENCHAK, ATTYS AT LAW
6385 S. Rainbow Boulevard, Suite 600                   1614 S. Maryland Pkwy.
Las Vegas, NV 89118                                              Attorneys for Plaintiff,
Attorneys for Defendant                                          MaQuade Chesley
City of Mesquite and Aaron Baker

**IT IS SO ORDERED.**

Dated this 14 day of February, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of February, 2022, a true and correct copy of the foregoing Stipulation to extend time for Plaintiff to reply to Defendant's 12(B)(6) Motion to Dismiss Defendant City of Mesquite and Aaron Baker was electronically served through the Court's electronic filing system addressed to the following:

Marc Randazza, Esq.
Nevada Bar No. 12265
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
(702) 420-2001
Attorney for Barbara Ellestad

/s/ Cristina Chavez_____
An employee of Mullins & Trenchak