**PHILIP J. TRENCHAK, ESQ.**
Nevada State Bar No. 009924
**VICTORIA C. MULLINS, ESQ.**
Nevada State Bar No. 13546
**Mullins & Trenchak, Attorneys at Law**
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH MAQUADE CHESLEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MESQUITE, a government entity,<br>AARON BAKER, an individual,<br>BARBARA ELLESTAD, an individual,<br>DOE INDIVIDUALS 1 through 300; and ROE<br>BUSINESS OR GOVERNMENTAL ENTITIES 1<br>through 300, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-01946-GMN-DJA<br><br>**STIPULATION AND PROPOSED ORDER TO DISMISS DEFENDANT BARBARA ELLESTAD WITH PREJUDICE** |

Plaintiff, MAQUADE CHESLEY and Defendant BARBARA ELLESTAD, by and through their respective attorneys of record, hereby stipulate and agree to dismiss all claims against Ellestad with prejudice. Both parties have complied with the terms of settlement, and the Court has no need to retain jurisdiction over either party nor their now-resolved dispute.

///

///

///

1

Given their settlement agreement, the Court need not make any decision on fees or costs, which have been resolved as well.

Dated: February 13, 2022.                              Dated February 13, 2022.

/s/ Marc J. Randazza                                   /s/ Philip J. Trenchak
Marc J. Randazza, NV Bar No. 12265                     Philip J. Trenchak, NV Bar No. 009924
RANDAZZA LEGAL GROUP, PLLC                             MULLINS & TRENCHAK, ATTYS AT LAW
2764 Lake Sahara Drive, Suite 109                      1614 S. Maryland Pkwy.
Las Vegas, NV 89117                                    Las Vegas, NV 89104
Attorneys for Defendant                                Attorney for Plaintiff,
Barbara Ellestad                                       MaQuade Chesley

**IT IS SO ORDERED.**

Dated this  14  day of February, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2022, a true and correct copy of the foregoing was electronically served through the Court's electronic filing system to all parties of record:

/s/ Leslie Gutierrez
An employee of Mullins & Trenchak