**PHILIP J. TRENCHAK, ESQ.**
Nevada State Bar No. 009924
**VICTORIA C. MULLINS, ESQ.**
Nevada State Bar No. 13546
**Mullins & Trenchak, Attorneys at Law**
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH MAQUADE CHESLEY, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF MESQUITE, a government entity, AARON BAKER, an individual, BARBARA ELLESTAD, an individual, DOE INDIVIDUALS 1 through 300; and ROE BUSINESS OR GOVERNMENTAL ENTITIES 1 through 300, inclusive, <br><br> Defendants. | CASE NO.: 2:21-cv-01946-GMN-DJA <br><br> **STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S SPECIAL MOTION TO DISMISS [Dkt. 25]** <br><br> **(Second and Final Request)** |

Plaintiff, MAQUADE CHESLEY and Defendant City of Mesquite and Defendant Aaron Baker, by and through their respective attorneys of record, hereby stipulate, subject to this Court's approval, to extend the date by which Plaintiff may file his Response to Defendants Special Motion to Dismiss Pursuant to NRS 41.660 (Dkt. No. 25) from February 15, 2022 to February 22, 2022. This is the second and final request for an extension of time for Plaintiff to file his response.

1

Good cause exists to grant the requested extension, as Plaintiff's Counsel tested positive for Covid on January 17, 2022 and again on January 24, 2022 and has been able to resume work on a full time basis. This stipulation is being made in good faith, without the intention to delay or harass.

Dated: February 14, 2022.                                   Dated February 14, 2022.

/s/ Marcus Lee                                              /s/ Philip J. Trenchak
Marcus Lee, NV Bar No. 15769                                Philip J. Trenchak, NV Bar No. 009924
LEWIS BRISBOIS BISTGAARD & SMITH LLP                        MULLINS & TRENCHAK, ATTYS AT LAW
6385 S. Rainbow Boulevard, Suite 600                        1614 S. Maryland Pkwy.
Las Vegas, NV 89118                                         Attorney for Plaintiff,
Attorneys for Defendants City of Mesquite                   MaQuade Chesley
& Aaron Baker

**IT IS SO ORDERED.**

Dated this 16 day of February, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of February, 2022, a true and correct copy of the foregoing was electronically served through the Court's electronic filing system to all parties of record:

/s/ Cristina Chavez
An employee of Mullins & Trenchak