**O'HAGAN MEYER**
MARCUS LEE (Nevada Bar No. 15769)
E: MLee@ohaganmeyer.com
INKU NAM (Nevada Bar No. 12050)
E: INam@ohaganmeyer.com
5510 S. Fort Apache Road
Las Vegas, Nevada 89148
Telephone: 725.485.3830

*Attorneys for City of Mesquite and Aaron Baker*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHESLEY, JOSEPH MAQUADE,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF MESQUITE, a government entity; BAKER, AARON, an individual; DOE INDIVIDUALS 1 through 300; and ROE BUSINESS OR GOVERNMENTAL ENTITIES 1 through 300, inclusive,<br><br>  Defendant. | Case No. 2:21-cv-01946-ART-DJA<br><br>**SUBSTITUTION OF ATTORNEY** |

City of Mesquite ("Defendant') hereby substitutes Marcus Lee and Inku Nam, of the law firm O'HAGAN MEYER, located at 5510 S. Fort Apache Road, Las Vegas, NV 89148, 725-485.3830, as attorneys of record, both attorneys having left their prior firm, BARBER RANEN LLP.

DATED: July 13, 2023p

_____
Bryan J. Pack, City of Mesquite Attorney

///

///

1  I consent to the above substitution.

2  DATED: July 13, 2023                    _Timothy R. Graves_
                                            Timothy R. Graves
3                                           (Signature of Representative of Barber
4                                           Ranen LLP)

5  I am duly admitted to practice in this District.
6  Above substitution accepted.

7  DATED: July 13, 2023                    _Marcus Lee_

8  Please check one: _X_ RETAINED, or ____ APPOINTED BY THE COURT.

                                            APPROVED

13  DATED: _7/18/2023_
                                            _____
14                                          DANIEL J. ALBREGTS
                                            UNITED STATES MAGISTRATE JUDGE

2